UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| REVA E. RICHARDSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:13-cv-00860-PJG |
| | ) | |
| v. | ) | Honorable Phillip J. Green |
| | ) | |
| WAL-MART STORES, INC, | ) | |
| | ) | **JUDGMENT** |
| Defendant. | ) | |
| | ) | |

In accordance with the opinion filed this date:

IT IS ORDERED AND ADJUDGED that the Defendant's motion for summary judgment (Dkt.45) is hereby GRANTED.

Dated:  January 13, 2015          /s/  Phillip J. Green
                                  United States Magistrate Judge